May 23, 2008

Mr. C. Alfred Mackenzie
Haley & Olson, P.C.
510 N. Valley Mills Dr., Suite 600
Waco, TX 76710

Mr. Vincent L. Marable III
221 N. Houston Street
Wharton, TX 77488
Mr. Greg White
Naman, Howell, Smith & Lee LLP
P.O. Box 1470
Waco, TX 76703

RE: Case Numbers: 05-0386 & 05-0788
 Court of Appeals Number: 10-02-00026-CV & 10-02-000420-CV
 Trial Court Number: 99-2717-4

Style: PROVIDENCE HEALTH CENTER A/K/A DAUGHTERS OF CHARITY HEALTH
 SERVICES OF WACO AND DEPAUL CENTER A/K/A DAUGHTERS OF CHARITY HEALTH
 SERVICES OF WACO
 v.
 JIMMY AND CAROLYN DOWELL, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF
 JONATHAN LANCE DOWELL, DECEASED
 - Consolidated with -
 JAMES C. PETTIT, D.O.
 v.
 JIMMY AND CAROLYN DOWELL, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF
 JONATHAN LANCE DOWELL, DECEASED

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sharri |
| |Roessler |
| |Mr. Joe Johnson |
| |Mr. Andy McSwain|